# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * **   *
                                     *
BECK STEEL, INC.,                    *
                                     *
                 Plaintiff,          *
                                     *   No. 15-497T
          v.                         *   Filed: June 29, 2018
                                     *
UNITED STATES,                       *
                                     *
                 Defendant.          *
                                     *
* * * * * * * * * * * * * * * * **   *
```

## O R D E R

The court is in receipt of the parties' June 29, 2018 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2017), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs and attorney fees.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**